

# Fourth Court of Appeals
## San Antonio, Texas

January 18, 2018

No. 04-17-00710-CV

**In the Interest of NSG and KSAJMG,**

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2016-PA-00931
Honorable Richard Garcia, Judge Presiding

**O R D E R**

The State's motion to strike appellant's brief is DENIED.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 18th day of January, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court